360 A.2d 680

COMMONWEALTH

v.

FERREIRA, Appellant.

Submitted December 16, 1975.   Calvin S. Drayer, Jr., Assistant Public Defender, for appellant;  Eric J. Cox, Chief, Appellate Division, Bert M. Goodman, Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:  Judgment of sentence affirmed.   See *Commonwealth v. Coleman*, 241 Pa.Superior Ct. 450, 361 A.2d 870 (1976).